UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


EDWARD DONALD BURLEY,

           Plaintiff,

vs.                                                                            Case No. 18-12239

MICHELLE WILLIAMS, et al.,                           HON. AVERN COHN

           Defendants,
_____/

## ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO CORRECT THE DEFICIENCY
## AND
## DIRECTING THE CLERK TO SEND PLAINTIFF A COPY OF THE COMPLAINT

I.

This is a prisoner civil rights case under 42 U.S.C. § 1983. Shortly after the complaint was filed, the Court issued an order of deficiency, requiring plaintiff to provide (5) five copies of the complaint for service upon the five (5) defendants. The order also provided that the Clerk send plaintiff a copy of the complaint so that he could make the copies.

Plaintiff has sent two letters to the Court, requesting an extension of time to correct the deficiency, explaining that his copy of the complaint was stolen. See Docs. 8, 9. Plaintiff asks the Court to provide him with additional time and another copy of the complaint so that he can make the appropriate number of copies. The request is GRANTED. See McGore v. Wrigglesworth, 114 F. 3d 601, 605 (6th Cir. 1997).

1

II.

Plaintiff shall have thirty (30) days from the date of this order to provide five (5) copies of the complaint for service. The Clerk of the Court is directed to send another copy of the complaint to plaintiff for this purpose. Failure to correct the deficiency within thirty days of this order may result in dismissal of the action.

SO ORDERED.

                                        S/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

Dated: 9/26/2018
      Detroit, Michigan