UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD DONALD BURLEY,

    Plaintiff,

v.

MICHELLE WILLIAMS-WARD,
RANDALL HAAS,
GEORGE STEPHENSON,
REGINA JENKINS-GRANT, and
CARYLON WILLIAMS, *et al.*,

    Defendants.
_____/

Case No. 18-12239

Hon. George Caram Steeh

ORDER ADOPTING REPORT AND RECOMMENDATION
(ECF NO. 58) AND GRANTING IN PART AND DENYING IN
PART MDOC DEFENDANTS' MOTION TO DISMISS (ECF NO. 51)

On July 20, 2020, Magistrate Judge Anthony P. Patti issued a report and recommendation proposing that the court grant in part and deny in part the motion to dismiss filed by MDOC Defendants Haas, Stephenson, and Jenkins-Grant. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject

-1-

or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id.*

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Patti's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Patti's report and recommendation (ECF No. 58) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that MDOC Defendants Haas, Stephenson, and Jenkins-Grant's motion to dismiss (ECF No. 51) is GRANTED IN PART and DENIED IN PART, consistent with Magistrate Judge Patti's recommendation.

Dated: August 28, 2020

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 28, 2020, by electronic and/or ordinary mail and also on Edward Donald Burley #,502426, Ionia Maximum Correctional Facility, 1576 W. Bluewater Highway, Ionia, MI 48846.

s/Brianna Sauve
Deputy Clerk